# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Frank Lusky,<br><br>         Plaintiff,<br><br>    vs.<br><br>Worldwide Asset Purchasing, LLC, et al.,<br><br>         Defendants. | Case No.:  3:09-cv-01169-VLB |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Defendant Experian Info Solutions, Inc. ("Experian") and Plaintiff Frank Lusky ("Plaintiff") have reached a settlement in the above-captioned case. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: January 27, 2010

                                                                        Respectfully submitted,

                                                                        PLAINTIFF, Frank Lusky

                                                                        /s/ Sergei Lemberg_____
                                                                        Sergei Lemberg
                                                                        LEMBERG & ASSOCIATES, LLC
                                                                        Stamford, CT 06905
                                                                        Telephone: (203) 653-2250
                                                                        Facsimile: (877) 795-3666
                                                                        slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 27, 2010, a true and correct copy of the foregoing Notice of Settlement was filed electronically with the U.S. District Court ECF system and that the document is available on the ECF system.

                 By: /s/ Sergei Lemberg
                 Sergei Lemberg